# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| LOXLEY SOUTH, L.L.C., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    **CIVIL ACTION NO. 10-00024-KD-N** |
| | ) |
| WESTERN EXPRESS, INC., | ) |
| | ) |
|     Defendant. | ) |

## **JUDGMENT**

In accordance with the order entered May 10, 2011 (doc. 98) and the order entered of even date herewith, judgment is hereby entered in favor of defendant Western Express, Inc. and against plaintiff Loxley South, L.L.C. on the plaintiff's claims and judgment is hereby entered in favor of plaintiff Loxley South, L.L.C. and against defendant Western Express, Inc., on the defendant's counterclaims.

Accordingly, it is ORDERED, ADJUDGED, and DECREED that this action is dismissed with prejudice.

**DONE** this 21st day of June, 2011.

                                               /s/ Kristi K. DuBose
                                             KRISTI K. DuBOSE
                                             UNITED STATES DISTRICT JUDGE